# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>The person of JAZZMON UNIQUE RUSSELL, who is charged in the federal indictment, No. CR 17-533(A)-RGK, and has a birthdate of March 17, 1986 and a BOP Registration Number of 78827-097 | Case No. 2:21-MJ-2452 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in Possession of Firearms and Ammunition |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (*give exact ending date if more than 30 days*: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Monika T. Uchiyama*
Applicant's signature

Monika T. Uchiyama, ATF Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

Judge's signature

City and state: Los Angeles, California

Hon. Margo A. Rocconi, U.S. Magistrate Judge
Printed name and title

AUSA: David R. Friedman x 7418

## **ATTACHMENT A**

<u>PERSON TO BE SEARCHED</u>

The person to be searched is JAZZMON UNIQUE RUSSELL, who is the defendant charged in Case No. 17-CR-533(A)-RGK, and who has a date of birth of 3/17/1986 and a BOP Registration Number of 78827-097. RUSSELL is currently in the custody of the United States Marshals Service at the Montecito Heights Healthcare and Wellness Center.

**ATTACHMENT B**

ITEMS TO BE SEIZED

The items to be seized are evidence of violations of 18 U.S.C. § 922(g)(1) (felon in possession of firearms and ammunition), namely: DNA samples from JAZZMON UNIQUE RUSSELL, which are to be obtained via cotton/buccal swabs from the mouth of JAZZMON UNIQUE RUSSELL.

In obtaining the samples, law enforcement may use reasonable force should JAZZMON UNIQUE RUSSELL refuse to comply with the execution of the search.

**AFFIDAVIT**

I, Monika T. Uchiyama, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a warrant for the seizure of samples of deoxyribonucleic acid ("DNA"), which are to be obtained via cotton/buccal, or cheek, swab from Jazzmon Unique RUSSELL, who has been charged in a federal indictment for being a felon in possession of firearms and ammunition, in Case No. 17-533(A)-RGK. Trial is currently scheduled for August 17, 2021.

2. As discussed below, there is probable cause to believe that the DNA sought in this warrant will match DNA recovered from firearms and ammunition that were seized during RUSSELL's arrest on July 5, 2017.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND FOR AFFIANT

4. I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been

so employed since March 2005.  I am a graduate of the Federal Law Enforcement Training Center Academy and the ATF National Academy.

5.   In the course of my employment as an ATF Special Agent, I have assisted in and conducted numerous investigations and participated in numerous federal and state search and arrest warrants involving criminal street gangs, possession of firearms by prohibited persons, possession of stolen firearms, and the illegal distribution of firearms, arson, explosives and narcotics.  Additionally, I have participated in the seizure of firearms records and other types of evidence that document activities in both the manufacturing and distribution of firearms and/or controlled substances.  To successfully conduct these investigations, I have used a variety of investigative techniques and resources, including physical surveillance, interviews, the utilization of undercover agents and informants, and the review of various databases and records.

6.   Through these investigations, my training and experience, and conversations with other experienced agents and law enforcement personnel, I have become familiar with the methods used by individuals who are engaged in illegal firearms, explosives and/or narcotics to smuggle, safeguard, and store firearms, and to distribute firearms, explosives and/or narcotics.

**III. PERSON TO BE SEARCHED AND ITEM TO BE SEIZED**

7.   This affidavit is made in support of a warrant to search the person of defendant Jazzmon Unique RUSSELL, as

described in Attachment A, which is incorporated herein by reference, to seize samples of RUSSELL's DNA, which are to be obtained through cotton/buccal swabs in the mouth, as described in Attachment B, which is incorporated herein by reference.

## IV. STATEMENT OF PROBABLE CAUSE

8. Based on my review of law enforcement reports and my conversations with other law enforcement officers, I know the following:

**A. July 5, 2017 Arrest of RUSSELL**

a. On July 5, 2017 at approximately 2:51 a.m., victim A.A. called 9-1-1 to report gunshots, and said that the suspect was her ex-girlfriend, Jasmine RUSSELL, 31-years old, and driving a gold car. A.A. said that she was at a location on Santa Fe Avenue, which is a gated mobile home park. A.A. also said that she thought RUSSELL was shooting at a car in A.A.'s driveway.

b. Officers Larrieu and Tejeda were conducting patrol and responded to the report of gunshots. They drove to the gated mobile home park, and saw a gold car trying to exit, as they were trying to enter. Officers Larrieu and Tejeda got out of their car and walked towards the exit gate, waiting for the gold car to pull out. As the gold car pulled out, Officers Larrieu and Tejeda saw the occupants, two women who looked to be in their early 30's. Given the time of night with very low traffic through this location, the gold car, and the women matching the general description given on the 9-1-1 call, Officers Larrieu and Tejeda believed one of the women was the

3

suspect reported by A.A.

        c. Officers Larrieu and Tejeda then ordered the driver to stop the car. The front seat passenger, later identified as RUSSELL, immediately told the driver, "Just keep driving…Just drive." Officer Tejeda saw RUSSELL move her hands/arms across her body, to the left, toward the center console area, as if she was trying to conceal something.

        d. Officers Larrieu and Tejeda ordered the driver to turn off the car. Officer Tejeda also ordered the driver and RUSSELL to put their hands up and keep them visible. While the driver kept her hands up, RUSSELL instead had her hands down by the center console and she was looking down towards the center console. Officer Tejeda yelled again for RUSSELL to put her hands up but she did not comply. After several minutes and as supporting police units arrived on scene, RUSSELL finally showed her hands, as she casually lit a cigarette. Both RUSSELL and the driver were handcuffed and placed into police cars.

        e. During a search of the gold car, Officer Thai found two handguns under the plastic portion around the gear shifter on the center console: (1) a Charter Arms .38 special caliber revolver with serial number 758147; and (2) a black Springfield XD 9 mm semiautomatic handgun with serial number XD136182. Officers investigated and later learned that the Charter Arms revolver and the Springfield handgun had been reported stolen in San Bernardino.

        f. The officers also determined that both firearms were loaded with ammunition. The Charter Arms .38 special

caliber revolver contained one round of Federal .38 special caliber ammunition and four expended cartridge casings from various types of Federal .38 special caliber ammunition.  The black Springfield XD 9mm semiautomatic handgun contained six rounds of Winchester 9mm Luger ammunition.

    **B.   ATF Investigation and Indictment**

        g.   After RUSSELL's arrest, I reviewed a California Law Enforcement Telecommunications System ("CLETS") criminal history report for RUSSELL.  Based on this report, I determined that RUSSELL has previously been convicted of at least four felonies that were punishable by more than one year in prison.

        h.   I also spoke with ATF SA and Firearms and Ammunition Interstate Nexus Expert David Hamilton.  He told me that the (1) Charter Arms .38 special caliber revolver with serial number 758147; and (2) black Springfield XD 9 mm semiautomatic handgun with serial number XD136182 were not manufactured in California.  Because these handguns were found in Los Angeles County, the ATF determined that they had traveled in and affected interstate commerce.

        i.   On August 25, 2017, a grand jury indicted RUSSELL for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), in Case No. 17-CR-533-RGK.

        j.   RUSSELL was a fugitive from this federal case for nearly two years.  In June 2019, defendant was arrested by the Pomona Police Department after law enforcement again found her in a vehicle with a firearm concealed in the center console.  RUSSELL pled guilty to several state firearms offenses and was

sentenced to a term in California state prison.

k.  While serving this state sentence, RUSSELL was transferred to federal custody.  RUSSELL made her initial appearance in federal court on January 30, 2020.

C.  **Continued ATF Investigation and Superseding Indictment**

l.  After RUSSELL's indictment, the ATF continued to investigate the events of July 5, 2017.

m.  In late 2020, ATF SA and Firearms and Ammunition Interstate Nexus Expert Ryan Catanzano analyzed the ammunition found in the Charter Arms .38 special caliber revolver and black Springfield XD 9 mm semiautomatic handgun.  He determined that none of this ammunition was manufactured in California.  Because the ammunition was found in Los Angeles County, the ATF determined that it had traveled in and affected interstate commerce.

n.  On April 30, 2021, a grand jury returned a superseding indictment charging RUSSELL with being a felon in possession of both firearms and ammunition.

o.  The Honorable R. Gary Klausner has set a trial date of August 17, 2021.

D.  **Present Need for DNA Sample**

p.  In December 2020, I learned that a DNA sample taken from one of the firearms sized in July 2017 had registered a hit in the CAL-DNA Data Bank.

q.  According to investigative reports, the Long Beach Police Department was able to obtain several DNA samples from the firearms and ammunition seized on July 5, 2017.  The

samples that were eligible for entry were subsequently submitted to the Combined DNA Index System ("CODIS").

   r. A sample taken from the Springfield XD 9 mm semiautomatic handgun matched a DNA profile already in the CAL-DNA Data Bank.  Specifically, this sample matched a DNA profile corresponding to an individual with the name "JAZZMAN RUSSEL" and a CII number of A21416264.  Based on my review of criminal history reports, A21416264 is RUSSELL's CII number.

   s. In July 2019, the California Department of Justice sent the Los Angeles County Sheriff's Department Crime Laboratory a letter informing them of this CODIS hit.  The letter states, in relevant part, that "[t]his hit constitutes an investigative lead in your case. This notification is not intended to replace your laboratory's report documenting your assessment of the candidate match.  A new reference sample from JAZZMAN RUSSEL should be obtained and analyzed by your laboratory."

   t. The ATF now seeks a DNA sample from RUSSELL to compare to the DNA samples lifted from the firearms and ammunition seized on July 5, 2017.  This sample is likely to confirm that RUSSELL possessed the Springfield XD 9 mm semiautomatic handgun.  It may also confirm that Russell possessed the Charter Arms .38 special caliber revolver and/or the ammunition seized on July 5, 2017, as some of the DNA samples taken from these objects were not suitable for submission into CODIS.

7

9. Based on the foregoing, I believe there is probable cause to believe that evidence of violations of Title 18, United States Code, Section 922(g) (felon in possession of firearms and ammunition), as described above, will be found by taking cotton/buccal DNA swabs, as described in Attachment B, from the person described in Attachment A, for purposes of comparison to DNA found on a firearm seized during the course of this investigation.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this ____ day of May,
2020.

_____
HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE